[No. 47179-5-II.  Division Two.  March 8, 2016.]

*In the Matter of the Personal Restraint of* ISAIAH E. PRESTON, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Johanson, C.J., concurred in by Worswick and Lee, JJ.

[No. 47285-6-II.  Division Two.  March 8, 2016.]

DAVID A. DARBY, *Appellant*, v. CLARK COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-2-02637-8, Suzan L. Clark, J., entered January 30, 2015. *Affirmed* by unpublished opinion per Lee, J., concurred in by Worswick and Melnick, JJ.

[No. 47373-9-II.  Division Two.  March 8, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN JOSE FRANCISCO GUEVARA, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 13-1-00261-5, F. Mark McCauley, J., entered July 11, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lee, J., concurred in by Johanson, C.J., and Worswick, J.

[No. 31611-4-III.  Division Three.  March 8, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN SUTLEJ SAMALIA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 11-1-01794-5, Doug L. Federspiel, J., entered April 24, 2013. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J.; Fearing, J., concurring separately.